| | Fill in this information to identify the case: |
|---|---|
| Debtor 1 | Milton E Weeks, *aka* Milton Weeks, *aka* Milton Eugene Weeks |
| Debtor 2 (Spouse, if filing) | Melissa A Weeks, *aka* Melissa Weeks |
| United States Bankruptcy Court for the: | SOUTHERN    District of  ALABAMA  (State) |
| Case number | 19-11547 |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.   **Court claim no. (if known)** 8

**Last four digits** of any number you use to identify the debtors' account:   XXXXXX0429

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
- ☒ No
- ☐ Yes. Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 5/30/2019, | (5) | $ 500.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify: Plan Review; | 5/19/2019, | (11) | $ 150.00 |
| 12. | Other. Specify: | | (12) | $ |
| 13. | Other. Specify: | | (13) | $ |
| 14. | Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Milton E Weeks, *aka* Milton Weeks, *aka* Milton Eugene Weeks | Case number (*if known*) | 19-11547 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
❋ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   */s/Michael McCormick*                                    Date   6/21/2019
     Signature

Print:   Michael                              McCormick                  Title   Authorized Agent
         First Name     Middle Name    Last Name

Company   McCalla Raymer Leibert Pierce, LLC, Authorized Agent for Quicken Loans Inc.

Address   1544 Old Alabama Road
          Number      Street
          Roswell                 GA              30076
          City                    State           ZIP Code

Contact phone   678-281-3918                    Email   Michael.McCormick@mccalla.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

**In re:**      )
        )  **Case No.** 19-11547
Milton E Weeks  )  **Chapter** 13
*aka* **Milton Weeks**  )
*aka* **Milton Eugene Weeks**  )  **JUDGE:** Jerry C. Oldshue
Melissa A Weeks  )
*aka* **Melissa Weeks**

## EXHIBIT B

### ITEMIZATION OF CLAIM

- Bankruptcy/Proof of Claim Fees: $500.00

  | 05/30/2019 | Preparation and Filing of Proof of Claim | $500.00 |
  |---|---|---|

- Other: $150.00

  | 05/19/2019 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $150.00 |
  |---|---|---|

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: **$650.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 19-11547 |
| Milton E Weeks | Chapter: 13 |
| *aka* **Milton Weeks** | Judge: Jerry C. Oldshue |
| *aka* **Milton Eugene Weeks** | |
| Melissa A Weeks | |
| *aka* **Melissa Weeks** | |

CERTIFICATE OF SERVICE

I, Michael McCormick, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Milton E Weeks
2323 Jack Springs Rd.
Atmore, AL 36502

Melissa A Weeks
2323 Jack Springs Rd.
Atmore, AL 36502

Stephen L. Klimjack          *(served via ECF Notification)*
1252 Dauphin St
Mobile, AL 36604

Daniel B. O'Brien, Trustee   *(served via ECF Notification)*
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   6/21/2019     By:   */s/Michael McCormick*
              (date)               Michael McCormick
                                   Authorized Agent for Quicken Loans Inc.